# Order

Michigan Supreme Court
Lansing, Michigan

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

146735

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 146735
                                    COA: 311892
                                    Montcalm CC: 06-007354-FH

CLINT McGOWAN,
        Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the January 3, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



h0722

                            Clerk